**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:22-cr-493 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SKYLER CORRELL, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Skyler Correll and enter a finding of guilty against defendant. (Doc. No. 42.)

On August 25, 2022, the government filed an Indictment against defendant. (Doc. No. 1.) On March 15, 2023, this Court issued an order assigning this case to Magistrate Judge Knapp for the purpose of receiving defendant's guilty plea. (Doc. No. 37.)

On April 6, 2023, a hearing was held in which defendant entered a plea of guilty, as follows:

- The lesser included offense of Count 1, charging him with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. Section 846;

- The lesser included offense of Count 2, charging him with Manufacture and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B); and

- Count 4, charging him with Possession with Intent to Distribute Cocaine, in

violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C).

Magistrate Judge Knapp received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 42.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of the lesser included offense of Counts 1 and 2, and Count 4 as charged of the indictment. The sentencing will be held on July 26, 2023, at 12:00 p.m., in Courtroom 530.

**IT IS SO ORDERED**.

Dated: April 28, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**